## Commonwealth *v.* Woodall, Appellant.

Submitted June 16, 1972. *Francis S. Wright,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *Milton M. Stein,* Assistant District At-

728

torney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.